**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-6173**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEFFREY ROY CROSBY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.  (CR-96-361)

Submitted:  March 24, 1998          Decided:  April 24, 1998

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey Roy Crosby, Appellant Pro Se.  Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's motion for release of exhibits. We have reviewed the record and the district court's opinion and find no abuse of discretion. See Shafer v. Preston Mem'l Hosp. Corp., 107 F.3d 274, 281-82 (4th Cir. 1997). Accordingly, we affirm the district court's order and deny Appellant's motion to order the United States Attorney to permit forensic laboratory analysis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2